UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ROBERT M. OPER,

                Plaintiff,

VS

CAPITAL DISTRICT REGIONAL OFF-TRACK
BETTING CORPORATION, PHIL GIORDANO,
DEBORAH LAURANGE and ROBERT HEMSWORTH,

                Defendants.

Civil Case No.:
1:20-CV-01415 (FJS/CFH)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HERBEY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff and Defendants who have been served with process and who have appeared in the above-captioned action, that whereas no party hereto is an infant or incompetent, the above-captioned action be, and the same hereby is, dismissed in its entirety with prejudice, without costs, attorneys' fees, expenses or disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: September 2, 2022

*ATTORNEYS FOR PLAINTIFF*

By: */s/ William G. Gotimer, Jr.*
    William G. Gotimer, Jr.
    Attorney-at-Law
    2 Standish Road
    Apartment 206
    Saratoga Springs, NY 12866
    T: 914-299-3949
    wgotimer@verizon.net

Dated: September 2, 2022

*ATTORNEYS FOR DEFENDANTS*

By: */s/ Kristi Rich Winters*
    Kristi Rich Winters, Esq.
    JACKSON LEWIS P.C.
    677 Broadway, 9th Floor
    Albany, NY 12207
    T: 518-512-8700 / F: 518-242-7730
    kristi.winters@jacksonlewis.com

Date: September 12, 2022        IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge